IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY MARBURY-EL, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 20-00298-WS-N |
| ALVIN WHITE, et al, | : |
| Defendant. | : |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this court.   It is ORDERED that this action be and is hereby DISMISSED without prejudice for failure to prosecute and to obey the Court's order.

DONE this  5th   day of         November         , 2020.

                                                         s/William H. Steele
                                                       UNITED STATES DISTRICT JUDGE